UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF APPLICATION ) <br> FOR A SEIZURE WARRANT FOR: ) <br> ) <br> ANY AND ALL FUNDS UP TO $845,289.86 ) <br> IN THE PAYPAL PRIVATE LTD. ACCOUNT ) <br> JASONWHOLESALE@GMAIL.COM, ) <br> BEARING ACCOUNT NUMBER ) <br> 1531163573153647276 ) <br> _____ ) | Mag. No. 12-mj-281 <br><br> **UNDER SEAL** <br><br><br> **FILED** <br> APR - 4 2012 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

### ORDER TO UNSEAL

This matter came before the Court on the government's Motion To Unseal. Upon consideration of that motion, for the reasons stated therein, and the entire record in this case, it is by the Court on this ____ day of April 2012,

***ORDERED***, that the motion be, and the same hereby is, **GRANTED**; and it is further

***ORDERED***, that the Clerk of the Court shall unseal this case in its entirety so that all documents and records in the docket and in the Court's files are open to the public in case number 12-mj-281-JMF.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE